US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 0 8 2013

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**DORTHA M. RICHARDS**                                                          **PLAINTIFF**

**v.**                                    **CASE NO. _13 - 2189_**

**SEARS, ROEBUCK & CO.**                                          **DEFENDANT**

## NOTICE AND PETITION FOR REMOVAL OF CIVIL ACTION FROM THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS

**TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF ARKANSAS, FORT SMITH DIVISION:**

Sears Roebuck and Co. ("Sears" of "Defendant" or "removing party") by the undersigned attorney, respectfully shows this Court:

1.      The removing party is the named Defendant in the above-entitled action.

2.      On July 9, 2013, the above-entitled action was commenced against removing party in the Circuit Court of Sebastian County, Arkansas, and is now pending therein.

3.      On the 16TH day of July, 2013, removing party was served with a Summons and a Complaint in the above-entitled action at The Corporation Company, 124 West Capital Avenue, Suite 1900, Little Rock, Arkansas 72201 by Certified Mail.  The "Complaint" served upon Sears alleges, among other things that Defendant's employee(s) was negligent and that the Plaintiff has been damaged in the sum of $1,000,000.00.

4.      Further proceedings have been had in the State Court action as follows:

(a) Civil Cover Sheet;

(b) Docket Sheet of Sebastian County, Circuit Clerk in Case NO. CV-2013-0697(I);

(c)  Affidavit of Service filed on July 24, 2013; and

(d)  Answer to the Complaint filed by Sears on August 8, 2013.

5.      Immediately after service of the Complaint and Summons, removing party could ascertain that the above-entitled action was removable to this Court as hereinafter set forth making this Notice "timely filed" pursuant to 28 U.S.C. § 1446 (b).

6.      Sears has not filed an Answer or any other Responsive Pleading with the Circuit Court of Sebastian County, Fort Smith Division.

7.      Plaintiff is a citizen and resident of the State of Oklahoma, and Defendant is a New York Corporation that is authorized to conduct business in the State of Arkansas.

8.      This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, and the action may therefore be removed to this Court pursuant to such statutory authority.

9.      Copies of Plaintiff's transmittal letter of the Summons and Complaint, the Summons, and the Complaint served on the removing party in the above-entitled action are attached hereto as **Exhibit "A"**. The documents identified in ¶ 4 (a) through (d) are attached hereto as **Exhibits "B"** and are submitted herewith.

WHEREFORE, PREMISES CONSIDERED, Sears prays that the above-entitled action be removed from the Circuit Court of Sebastian County, Arkansas to this Court.

DATED: August 8, 2013.

RESPECTFULLY SUBMITTED,
SEARS, ROEBUCK AND CO.

By:_____
Stephen C. Smith, Ark. Bar #2003014
SMITH, COHEN & HORAN, PLC
P.O. Box 10205
Fort Smith, AR 72917-0205
Telephone (479) 782-1001
Facsimile (479) 782-1279

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**DORTHA M. RICHARDS**                            **PLAINTIFF**

v.                      **CASE NO.** _13-2189_

**SEARS, ROEBUCK & CO.**                      **DEFENDANT**

         I hereby certify that a true and correct copy of Defendant's notice of filing of a petition for removal and this certificate of service were served upon Plaintiff's counsel, by sending said documents, via first class mail to the following counsel of record, on this 8th day of August, 2013.

**Mark E. Ford
P.O. Drawer 848
Fort Smith, AR 72902-0848**

Stephen C. Smith