FILED
F.T SMITH DIST.

2013 JUL 9 PM 4 08
Sandy Waggoner
CIR. CLERK SEB. CO.

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
FORT SMITH DISTRICT
CIVIL DIVISION

DORTHA M. RICHARDS                                                    PLAINTIFF

VS.             CASE NO.   CV-13-0697

SEARS, ROEBUCK AND CO.                                                DEFENDANT

## COMPLAINT

COMES NOW the Plaintiff, Dortha M. Richards, and for her claim and cause of action against the Defendant, Sears, Roebuck and Co., states and alleges:

1. That the Plaintiff is a citizen and resident of Roland, Sequoyah County, Oklahoma.

2. That the Defendant is a corporation organized and existing pursuant to the laws of the State of New York, and it is authorized to do business, and it does conduct business, within the Fort Smith District of Sebastian County, Arkansas.

3. That the Plaintiff's cause of action arises from an incident which occurred at the Defendant's store located at the Central Mall, 5111 Rogers Avenue, Fort Smith, Sebastian County, Arkansas.

4. That this Court has jurisdiction over the parties hereto, the subject matter hereof, and venue in this Court is proper pursuant to A.C.A. § 16-60-112(a).

5. That on February 12, 2013, the Plaintiff was shopping in the Defendant's store located at the Central Mall in Fort Smith, Sebastian County, Arkansas. Plaintiff was checking the price of an item of women's clothing, and she was speaking to one of the Defendant's cashier/clerk's

at one of the cash register counters located in the store. Plaintiff believed that the item was on sale, and the Plaintiff and the Defendant's cashier/clerk discussed checking on the price of the item. Unknown to the Plaintiff at that time and place, another of the Defendant's store clerks had approached the area from behind the Plaintiff, and she was standing very closely behind the Plaintiff. As the Plaintiff turned to walk toward the area of the store where the item was located to check on the price of the item, she tripped on the foot of the Defendant's clerk standing closely behind her, causing the Plaintiff to lose her balance and fall to the floor.

6. That at all times relevant to this cause of action, the Plaintiff was a business invitee upon the Defendant's premises.

7. That the Defendant, as the owner of the premises where the above-described incident occurred, owed the Plaintiff, who was a business invitee upon the Defendant's premises, a duty to maintain the premises in reasonably safe condition and to conduct any activities upon the premises in a reasonably careful manner.

8. That in connection with the above-described incident, the Defendant, its agents, or employees, breached its duty of care to the Plaintiff, and it was negligent in the following respects, to wit:

    A. By failing to adequately train its store clerks in customer safety;

    B. By the Defendant's store clerk positioning herself too closely, and directly behind, the Plaintiff so as to create a tripping hazard; and,

C. By the Defendant's store clerk failing to warn the Plaintiff of her presence behind the Plaintiff.

9. That as a direct and proximate result of the negligent acts of the Defendant, its agents, or employees, the Plaintiff has suffered the following personal injuries and damages. The Plaintiff sustained serious and painful personal injuries to her body, including a right intertrochanteric hip fracture. The Plaintiff has incurred hospital and medical expenses in excess of $149,000.00 for the reasonable and necessary treatment and rehabilitation of her injuries, and she reasonably expects that she will continue to require additional medical treatment in the future. Treatment of the Plaintiff's injuries included an open reduction with internal fixation surgery on her right hip, and she now has permanent scarring resulting from such surgery. The Plaintiff's injuries have been disabling in the past, and the Plaintiff will continue to suffer from physical disability permanently in the future. The Plaintiff has endured physical pain, suffering, mental anguish, and loss of enjoyment of life as a result of her injuries, and she will continue to suffer from these conditions in the future.

10. As a result of the personal injuries and damages suffered by the Plaintiff as stated above, the Plaintiff has been damaged in the sum of One Million Dollars ($1,000,000.00).

WHEREFORE, Plaintiff, Dortha M. Richards, prays for judgment against Defendant, Sears, Roebuck and Co., for the sum of One Million Dollars ($1,000,000.00), for the costs of this action, and for all proper relief to which Plaintiff may be entitled.

PLAINTIFF DEMANDS A JURY TRIAL.

                              DORTHA M. RICHARDS,
                              Plaintiff

BY: _____
                              Mark E. Ford, Bar No. 85054
                              ROBERTSON, BEASLEY & FORD, PLLC
                              315 North 7th Street
                              P. O. Drawer 848
                              Fort Smith, AR 72902-0848
                              (479) 782-8813
                              (479) 785-0254 Fax
                              mark@rbf-attorneys.com

                              Attorney for Plaintiff

## VERIFICATION

STATE OF ARKANSAS        )
                                               ) ss.
COUNTY OF SEBASTIAN  )

    Comes now the undersigned, Dortha Richards, Plaintiff in the foregoing action, and having first been duly sworn, states on oath that she has read the statements contained in the above and foregoing pleading and that the facts and matters therein contained are true and correct to the best of her knowledge, information and belief.

*Dortha Richards*
Dortha Richards

Subscribed and sworn to before me this 9th day of July, 2013.

*Notary signature*
Notary Public

My Commission Expires:

9-9-2018

```
COLLEEN J. DOERKSEN
Notary Public-Arkansas
Crawford County
My Commission Expires 09-09-2018
Commission # 12367899
```

5