IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DORTHA M. RICHARDS                                                                                          PLAINTIFF

v.                                            Case No. 2:13-CV-02189

SEARS, ROEBUCK & COMPANY                                                                     DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

Currently before the Court is Plaintiff Dortha M. Richards's motion to dismiss (Doc. 15).

It appearing that the parties are in agreement, it is ORDERED that Plaintiff's motion (Doc. 15) is GRANTED and the Complaint herein is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 23rd day of October, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE